# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

RYAN JAMES TAYLOR

        Defendant.

CR NO: 1:19-cr-00265-DAD-BAM

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee:   Ryan James Taylor

Detained at   L.A. County Men's Central Jail

Detainee is:   a.)   ☒ charged in this district by:   ☒ Indictment  ☐ Information ☐ Complaint
    charging detainee with:   18 USC 2115, 18 USC 641, 18 USC 1708

  or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☐ return to the custody of detaining facility upon termination of proceedings

  or   b.)   ☒ be retained in federal custody until final disposition of federal charges, as a sentence
    is currently being served at the detaining facility

***Appearance is necessary TUESDAY, JANUARY 14, 2020, AT 2:00 P.M.***

Signature:   /s/ Joseph Barton

Printed Name & Phone No:   Joseph Barton, 559-497-4049

Attorney of Record for:   United States

## WRIT OF HABEAS CORPUS

    ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   1/3/20

        Sheila K. Oberto

        Honorable Sheila K. Oberto
        U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if

Booking or CDC #:   Booking No. 5405934

Facility Address:   441 Bauchet St., Los Angeles, CA

Facility Phone:   (213) 473-6100

Currently

☒Male  ☐Female

DOB:   09/09/1985

Race:   Caucasian

FBI#:   100606RC9

## RETURN OF SERVICE

Executed on: _____

        (signature)