McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>RYAN JAMES TAYLOR,<br><br>                Defendant. | CASE NO. 1:19-CR-00265-DAD-BAM<br><br>**STIPULATION BETWEEN THE PARTIES REGARDING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

      WHEREAS, the defendant was arraigned on the indictment in this case on January 13, 2020;

      WHEREAS, the United States produced discovery in this case to defendant's counsel of record on January 14, 2020;

      WHEREAS, defendant's counsel needs time to review the discovery and consult with defendant to prepare a defense in this case;

      WHEREAS, the parties agree that, under the Speedy Trial Act, entry of an order excluding time from January 14, 2019, through January 27, 2019, which is the date of the next status conference, is appropriate because good cause exists and the ends of justice outweigh the interest of the public and the defendant in a speedy trial;

1

THEREFORE, defendant Ryan James Taylor, by and through his counsel of record, and plaintiff th United States, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may exclude time under the Speedy Trial Act from January 14, 2019, through January 27, 2019, because good cause exists and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: January 14, 2020

*/s/ Michael McKneely*
MICHAEL MCKNEELY
COUNSEL FOR RYAN JAMES TAYLOR

*/s/ Joseph Barton*
JOSEPH BARTON
COUNSEL FOR UNITED STATES

1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENTE A. TENNERELLI
   JOSEPH BARTON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                      IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 1:19-CR-00265-DAD-BAM
12 |                     Plaintiff,   | **ORDER**
13 |           v.                     |
14 | RYAN JAMES TAYLOR,               |
15 |                     Defendant.   |

17     The United States produced discovery to defendant's counsel on January 14, 2020. Defendant's counsel requests time to review the discovery and meet with defendant to prepare a defense in this case. The next status conference in this case is scheduled for January 27, 2020, at 01:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Time is to be excluded from January 14, 2020, through January 27, 2020, under the Speedy Trial Act because good cause exists and the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated: **January 14, 2020**          /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

3