MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN JAMES TAYLOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    1:19-cr-00265-DAD-BAM |
| Plaintiff , | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| RYAN JAMES TAYLOR, | |
| Defendant . | |

By previous order this matter is scheduled for a status conference on January 27, 2020. The United States of America has discovered hundreds of pages of written reports and defense counsel's review of the information is in the early stages. Additionally counsel have not yet begun to initiate plea discussions.

Because the defense is continuing to review the discovery in this matter, and plea negotiations are expected to continue, the parties, through their respective attorneys, stipulate that the status conference be continued to Monday March 23, 2020.

In particular the parties do agree and stipulate as follows, and request the Court make these findings:

1.     Counsel for defendant requires additional time to review the discovery and to conduct research related to the charges;

2.     The United States does not object to the continuance;

3. The ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the time period of January 27, 2020 to March 23, 2020, inclusive, is excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. These findings do not preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


DATED: January 16, 2020          McGREGOR W. SCOTT
                                 United States Attorney

                                 s/ Joseph Barton, with authorization
                                 JOSEPH BARTON
                                 Assistant United States Attorney

DATED: January 16, 2020     By:  s/ Michael McKneely
                                 MICHAEL McKNEELY
                                 Attorneys for Ryan Taylor

### ORDER

IT IS SO ORDERED that the 1st Status Conference is continued from January 27, 2020 to **March 23, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated: __**January 17, 2020**__          ___/s/ Barbara A. McAuliffe___
                                         UNITED STATES MAGISTRATE JUDGE

MICHAEL McKNEELY
CRIMINAL DEFENSE ATTORNEY
2300 TULARE STREET, SUITE 115
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150