MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
RYAN TAYLOR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00265-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND CALENDAR A CHANGE OF PLEA HEARING** |
| v. | |
| RYAN TAYLOR, | |
| Defendant. | |

## **STIPULATION**

This matter is currently scheduled for a status conference on August 24, 2020 at 2:00 p.m. before the Honorable Barbara McAuliffe. Counsel and the Defendant now desire to vacate this scheduling conference and instead calendar the matter for plea hearing on September 28, 2020 at 10:00 a.m. before United States District Court Judge Dale Drozd. The parties agree that time under the Speedy Trial Act shall be excluded through September 28, 2020, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

////

////

////

| | |
|---|---|
| DATED: August 18, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>s/ Joseph Barton (by authorization)<br>JOSEPH BARTON<br>Assistant United States Attorney |
| DATED: August 18, 2020 | By: s/ Michael McKneely<br>MICHAEL McKNEELY<br>Attorney for Ryan Taylor |

**ORDER**

IT IS SO ORDERED.

Dated: **August 19, 2020**

UNITED STATES DISTRICT JUDGE